### J. D. MORGAN et al. v. STATE.
No. A-6861.   Opinion Filed September 21, 1929.
(280 Pac. 1117.)

Guy D. Talbot and Jack Aubuchon, for plaintiffs in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiffs in error were convicted of having possession of intoxicating liquor, and were each sentenced to serve 30 days in the county jail

and to pay a fine of $50. No briefs have been filed by plaintiffs in error. An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.